NUMBER 13-03-400-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


ANN C. MORRILL, Appellant,


v.



LAWRENCE J. CISEK, JR., Appellee.

____________________________________________________________________


On appeal from the 400th District Court


of Fort Bend County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Castillo


Opinion Per Curiam


 Appellant, ANN C. MORRILL, attempted to perfect an appeal from an order
entered by the 400th District Court of Fort Bend County, Texas, in cause number
02CV127474. Appellee has filed a motion to dismiss the appeal for want of
jurisdiction. Appellant has filed a response to appellee's motion. 

 The Court, having considered the documents on file, appellee's motion to
dismiss the appeal, and appellant's response, is of the opinion that appellee's motion
should be granted. Appellee's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Opinion delivered and filed this

the 25th day of September, 2003.